IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| GEORGE LACEY, | § | |
| | § | No. 73, 2023 |
| Defendant Below, | § | |
| Appellant, | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1710007081 (N) |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | § | |

Submitted: May 31, 2023
Decided: June 16, 2023

### ORDER

It appears to the Court that, on May 3, 2023, the Chief Deputy Clerk sent a notice of brief delinquency to the appellant because he had not filed an opening brief by the May 2, 2023 deadline set by the Court. On May 11, 2023, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant to show cause why this appeal should not be dismissed for his failure to file an opening brief. The appellant received the notice on May 16, 2023. A timely response to the notice to show cause was due by May 30, 2023. To date, the appellant has not filed an opening brief or responded to the notice to show cause. Dismissal of this action is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice